# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>   Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>   Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for October 22, 2012 is **VACATED** and **RESET** to January 7, 2013, at 2:00 p.m. Parties are to file updated joint case management statements seven days in advance of the continued conference date.

**IT IS SO ORDERED.**

**October 16, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**