United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EMI GROUP LIMITED, *ET AL.* <br><br> Defendants. | Case No.: 12-cv-2421 YGR <br><br> **ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for October 22, 2012 is **VACATED** and **RESET** to January 7, 2013, at 2:00 p.m.  Parties are to file updated joint case management statements seven days in advance of the continued conference date.

**IT IS SO ORDERED.**

October 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**