**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>    Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER VACATING AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference currently set for January 7, 2013, is **VACATED** and **RESET** to February 11, 2013, at 2:00 p.m.

**IT IS SO ORDERED.**

December 26, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**