**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>    Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER VACATING MARCH 11, 2013 ORDER; SETTING STATUS CONFERENCE** |

In light of the opinion of the United States Court of Appeals for the Ninth Circuit, filed January 26, 2016, on which mandate issued February 18, 2016, the Court's March 11, 2013 Order granting the motion of Defendants EMI Group Limited, Capitol Records, LLC, EMI Music North America, LLC, EMI Recorded Music and EMI Marketing to dismiss the First Amended Complaint is **VACATED**.

The Court sets a status conference for **March 28, 2016**, at 2:00 p.m., Federal Courthouse, Courtroom 1, 1301 Clay Street, Oakland. The parties are directed to meet and confer and file a joint status statement five (5) business days prior to the status conference.

**IT IS SO ORDERED.**

Dated: February 29, 2016

                                                    **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**