**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>    Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO FILE UPDATED STATUS STATEMENT** |

This Court previously ordered that the parties file a joint status statement five business days in advance of a status conference set for March 28, 2016. (Dkt. No. 47.) The parties subsequently filed a stipulation requesting that the status conference be continued to April 25, 2016. As of the date of this order, no joint status statement has been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file their joint status statement. A hearing on this Order to Show Cause will be held on **Friday, April 29, 2016,** at 9:01 a.m., in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than **April 26, 2016**, the parties must file: (1) a joint status statement, and (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint statement. If the Court is satisfied with the parties' response, or if a stipulation of dismissal has been filed in advance, the Court may vacate the hearing. Otherwise, lead trial counsel is required to appear personally at the hearing. Failure to file a joint statement or written response will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The status conference currently set for Monday, April 25, 2016, at 2:00 p.m., is **CONTINUED** to **Friday, April 29, 2016**, at 9:01 a.m.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**