**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>           Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>           Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER DISCHARGING OSC; SETTING FURTHER COMPLIANCE HEARING DATE** |

The Court is in receipt of the parties' joint response to the Court's April 21, 2016 Order. (Dkt. No. 51.)  In light of the representations therein, the Court Orders as follows:

(1) The Order to Show Cause issued April 21, 2016, is **DISCHARGED,** and the status conference and hearing on the OSC set for Friday, April 29, 2016, is **VACATED**.  No sanctions are imposed.

(2) The Court **SETS** a compliance hearing for **May 27, 2016,** at 9:01 a.m. in Courtroom 1 of the Federal Courthouse at 1301 Clay Street, Oakland, California.  If neither party has filed an update contesting the status of the settlement by **May 20, 2016,** the case shall be deemed dismissed with prejudice and the Clerk shall vacate the compliance hearing and administratively close the case file.

This Order terminates Docket Number 51.

**IT IS SO ORDERED.**
Dated: April 22, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**