**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE BOZZIO, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>EMI GROUP LIMITED, *ET AL.*<br><br>    Defendants. | Case No.: 12-cv-2421 YGR<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' joint response filed April 21, 2016 (Dkt. No. 51), this Court ordered that, if no party filed an update contesting the status of the settlement by May 20, 2016, the case would be deemed dismissed with prejudice. (Dkt. No. 52.)  No such status statement has been filed as of the date of this order.

Based on the foregoing, the Court hereby **ORDERS** that this action is **DISMISSED WITH PREJUDICE**.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: May 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**